# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0015.  IN THE INTEREST OF A. L. R., et al (MOTHER).**

Applicant Cydnie Steiner-Swain's motion for extension of time to file a discretionary application from the trial court's August 29, 2023 Order is GRANTED. Steiner-Swain shall have until October 8, 2023 to file a discretionary application with this Court.

Steiner-Swain should include a copy of this order in the application materials when she files her discretionary application.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  09/28/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*